JS-6

cc: order, docket and remand letter to
Los Angeles Superior Court, Northwest District,
Van Nuys, Case No. CC 087812

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| ANNE TRAPP, an individual, | Case No. CV-10-01082 SJO (JEMx) |
| Plaintiff, | Assigned to: Hon. S. James Otero |
| vs. | |
| | **ORDER REMANDING CASE** |
| BAYER CORPORATION, an Indiana corporation; BAYER HEALTHCARE PHARMACEUTICALS INC., a Delaware corporation; BAYER HEALTHCARE LLC, a Delaware limited liability company; BERLEX LABORATORIES INTERNATIONAL INC., a Delaware corporation; BAYER SCHERING PHARMA AG, a German corporation; BAYER AG, a German corporation; SCHERING AG, a German corporation; MCKESSON CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

**[PROPOSED] ORDER REMANDING CASE**

Upon consideration of the parties' stipulation to remand this action, it is hereby ordered that this action is **REMANDED**. Each party shall bear his/her or its own costs and attorneys' fees incurred in connection with the removal and other proceedings in this Court.

**IT IS SO ORDERED.**

Dated: _____3/23/10_____     _____
                                     Hon. S. James Otero
                                     United States District Judge